# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CR-2 CAS |
| | ) | |
| CATHEDRAL ROCK OF ST. LOUIS, | ) | |
| INC., *d/b/a Springplace Care Center*, | ) | |
| CATHEDRAL ROCK OF BADEN, INC., | ) | |
| *d/b/a McLaran Care Center*, | ) | |
| CATHEDRAL ROCK OF BALLWIN, | ) | |
| INC., *d/b/a Oak Forest Skilled Care*, | ) | |
| CATHEDRAL ROCK OF NORTH | ) | |
| ST. LOUIS, INC., *d/b/a Cathedral* | ) | |
| *Gardens Care Center*, CATHEDRAL | ) | |
| ROCK OF ST. CHARLES, INC., | ) | |
| *d/b/a Blanchette Place Care Center* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is defendants' motion for leave to deposit funds into the Court's Registry to be invested in an interest bearing account. Defendants seek to deposit with the Court $900,000.00, which represents defendants' anticipated fines in this matter. Defendants further seek that the interest earned on the deposit between now and the sentencing hearing would be credited to defendants for payment of any special assessments imposed at sentencing. While defendants may pay their anticipated fines in advance of sentencing, it is not the policy of this District to credit criminal defendants for interest earned on fines paid in advance.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for leave to deposit funds into the Court's Registry to be invested in an interest bearing account is **DENIED.** [Doc. 24]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   9th   day of February, 2010.